JOHN T. GORMAN
Federal Public Defender

BRIANA E. KOTTKE
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Nicolas P.A. Pinaula

FILED
DISTRICT COURT OF GUAM

NOV 0 1 2023

JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 23-00023 |
| | ) | |
| Plaintiff, | ) | JUSTIFICATION IN SUPPORT OF |
| vs. | ) | UNOPPOSED MOTION TO |
| | ) | CONTINUE TRIAL AND |
| | ) | RELATED DATES PURSUANT |
| NICOLAS P.A. PINAULA, | ) | TO 18 U.S.C. § 3161 |
| | ) | |
| Defendant. | ) | [UNDER SEAL] |
| | ) | |

Nicolas P.A. Pinaula, through counsel, respectfully moved the Court for an order continuing the current trial schedule and related dates for approximately 90 days. This motion was made pursuant to 18 U.S.C. § 3161.

Undersigned needs additional time to investigate mental health concerns for Mr. Pinaula. Such investigation is necessary to provide effective assistance of counsel and properly prepare for potential motions and trial. Mr. Pinaula reports satellite computers have been placed into his brain and are controlling his thoughts, hearing, and visual functions with the intent to plot a mental disorder and violate his civil rights. His report of satellites controlling his brain form part of the factual basis of the

current case. *See* discovery PINAULA_0000008 to 9, attached hereto as Exhibit A.

As a result of Mr. Pinaula's reports that the government is placing satellites in his brain, counsel has contacted several on-island providers with the appropriate credentials to evaluate him for potential mental health issues, and none are able and/or willing to complete the necessary testing. Therefore, counsel is working to retain an off-island provider to assist. An off-island provider has been located who is willing to assist, and the earliest availability for this provider to come to Guam is the end of November 2023.

Trial is currently scheduled to begin on December 5, 2023, with a Final Pretrial Conference calendared for November 22, 2023. (ECF 10). The current trial schedule does not afford the defense sufficient time to conduct the necessary testing. The results of the testing are required in order for undersigned to prepare for trial, determine potential defenses and motions, and conduct any necessary investigation.

The ends of justice outweigh the best interest of the public and Mr. Pinaula in a speedy trial. Failure to grant the requested continuance would deny Mr. Pinaula effective assistance of counsel and unreasonably deny him and defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Mr. Pinaula is currently released on conditions.

DATED: Mongmong, Guam, November 1, 2023.

                                                                            _____
                                                                            Briana E. Kottke
                                                                            Attorney for Nicolas P.A. Pinaula